79,171-05

IN THE COURT OF CRIMINAL APPEALS.
OF THE STATE OF TEXAS.
NO. WR-79,272-05

REYNALDO FLORES.
Appellant,

VS.

THE STATE OF TEXAS.
Appellee,

On Appeal From the
290th District Court
of Bexar Cntr., Texas;
Trial Case Number
2012 CR 1969
COA NO. 04-12-00815 CR

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 4-29-15
BY:

IN RE: MOTION FOR LEAVE TO FILE EVIDENTIARY HEARING.

TO THE HONORABLE JUSTICES OF SAID COURT:

Before the Court is REYNALDO FLORES, Entrepreneur, Philanthropist, Sentinel of Civil-Human Rights Violations; Pro se Litigant and Voice of 100 thousand Families and Human beings and Political Prisoners Kidnapped and Tortured by the International Terrorist Organization of Human Trafficking; T.D.C.J. and Well known Genocide Partners. e.g.; 18 U.S.C. § 2331

Pursuant to Tix. R. APP. Proc. Rule 262 (a)(1); Fed. R. APP. Proc. Rule 4 (C)(1); Supreme Court Rules 36 and 26. Mr. Flores Timely Filed his Pro se Motion For Leave to File Evidentiary Hearing, On March 26th 2015.

The record reflects the Undeniable Modus operandi of the Texas Judicial System; Owned and operated

by the Organized Crime, Public Servants etc. targeting our Entrepreneurs-Investors and vulnerable immigrant community, desperates for financial gain; by any mean of brutality and deception. Said Criminal actions prohibited in any primitive society See Exhibits. A.B. & C.

Since the San Antonio Police Detective and Sex Offender, R. VARA and his little Gang; kidnaped Mr. FLORES following the embezzlement of his assets and spoliation of evidences; Mr. FLORES, has been furnishing to Human and Civil Rights Organizations and U.S. Department of Justice; the genocide practices of said offenders protected and sponsored by D.A's and magistrates in Bexar County, Texas and lately Mr. FLORES, also discovered that Said evil practices are custom and policy in every county in the State of Texas.

The evidences and Record perfect that Said offenders instead to correct the irreparable injuries inflicted to Mr. FLORES, his children and disrupted family, based in mere rules and statutes and excuses proper of a desperate and broken Criminal GANG; are continuously causing intentional delays on Mr. FLORES'S personal and legal mail, to avoid his immediately release from confinement; in order to avoid the legal consequences of their actions before the International Court of Human Rights and potential extradition.

Mr. FLORES advises this Court that he is an international citizen and his children as well, not properties of the State of Texas. Therefore this Court must order the immediately release from confinement, the restitution of his assets and damages, and immediately arrest of the offenders, responsibles for thousands of crimes against the Human dignity. In absence of relief; Mr. FLORES, will continuing exhausting his remedies before the International Community and International Financial Institutions.

the record, also reflects that Mr. Flores has been confined and tortured since November 21st 2010, while being poisoned and arbitrary transferred from to different facilities, operated by the same terrorist organization. In order to justify the arbitrary dismissal, for lack of jurisdiction. See Exhibit D, E. Hopefully the U.S. Supreme Court, opinion in a pending Certiorari, should be contrary. However we have several pending litigations before serious and professional-ethic magistrates, in International Courts. The State of Texas is absolutely liable under international law.

## PRAYER FOR RELIEF

Because this Court is fully aware and has been furnished with one endless list of victims and evidences in several habeas corpus, R.D.R.'s, writ of Mandamus-Prohibition [by Mr. Flores] exposing the criminal operations, of the International Terrorist Organization [T.D.C.J.] and partners, of Human trafficking, torture, bribery, extortion, etc. and the evidences demonstrate, that this Court is consenting and approving the aforementioned genocide practices, prohibited and abolished in any development country, the Appellant and Political Prisoner REYNALDO FLORES, demand his immediately release from confinement and the restitution of his assets, and damages, ordering the immediate arrest and confinement of the offenders, responsible for the irreparable inflicted to Mr. FLORES. Pursuant to T.P.C. Chapter 39 and 18 U.S.C. 1501-1513.

In Abeyance of his Immediately release and relief.

REYNALDO FLORES
Political Prisoner

# CERTIFICATE OF SERVICE

I REYNALDO FLORES, political prisoner, as 100 thousand Human Beings, tortured-kidnapped by International terrorist Organization T.D.CJ, and Criminal Partners, certify under penalty of perjury that the foregoing Instrument, is true and correct and was transmitted to the Clerk, L Mr. ABEL ACOSTA J of the Court of Criminal of Texas, P.O. Box 12308, Capital Station, Austin, Texas 78711, on this the 17th day of April 2015. With the proper Copy to International Court of Human Rights and ACNUR, via U.S. Postal Service First Class, and pursuant to 28 U.S.C § 1746.

REYNALDO FLORES
Political Prisoner
and Victim of Interna
-tional Terrorism
T.D.CJ No. 1912036
Cotulla Unit
610 FM 624
Cotulla TX 78014

# Dismissal of judge's DWI draws fire

EDITOR'S NOTE: Several online readers of The Monitor's FaceBook page commented on a Thursday story regarding the dismissal last month of driving while intoxicated charges filed in July against 13th Court of Appeals Justice Nora Longoria, who is photographed right. Here are unedited online comments and Letters to the Editor below.

 

**Yessenia Mondayne:** That's five months for a dismissal when it takes the average "second class" citizen anywhere from 1-3 years to plea bargain or even have a trial whether guilty or innocent. Corruption is alive and well. Favoritism has made its way into politics and money sure does a hell of a lot of talking. All of which, I'm sure, has always been around as far back as anyone can remember.

**Myra ML:** She and the so called "judge" are a disgrace to our judicial system! They should be setting the example. What would of happened if she would of killed someone along the way?! Would she had gotten a slap on the wrist as well?!

**Heberto Gonzalez:** You're an embarrassment to the judicial system judge longoria. You should resign immediately!!!

**Jose Guzman:** This gives everyone good CASE Law when you get a DWI have your lawyer look up her case

corrupt sheriff's and deputies are abundant in all countries!

**Luis Salazar:** Does the fact that cases are "routinely" dismissed due to lack of evidence make it right ? It's sad that it takes for an issue to hit close to home for people to say "enough is enough."

**Chris Ramos:** Typical shenanigans at work. Let his political buddies walk and slamming everyone else. "In the best interest of the law", is to conduct it fairly across the board. What a disgrace. The worst part of all of this is the "honorable " Longoria won't have the integrity to step down, Just another day in Hidalgo County....

**Joe M. Howard:** I FEEL SORRY FOR THE COP THAT ARRESTED HER. WAS HER DRIVER LICENSE SUSPENDED FOR THREE MONTHS FOR REFUSING A BREATHALYSER???

**Raul Lopez Armijo:** HAVE GOT TO BE JOKING!!!!

**Jesus Bocanegra:** VOTE her out of office !!!

**Rolando Cedillo:** I love the Valley...anybody who really thinks this only happens in the Valley...is a moronic naive idiot.

**Robert War:** RIP HONESTY, RIP INTEGRITY, RIP JUSTICE!!

# LONGORIA

From Page 1A

Hidalgo County District Attorney Rene Guerra said the prosecution of 13th Court of Appeals Justice Nora Longoria would've crumbled without the police dashboard camera video he says McAllen police investigators failed to forward to his office. He recommended County Court at Law No. 8 Judge Rolando Cantu dismiss the case.

McAllen Police Chief Victor Rodriguez blasted Guerra


Guerra

V. Rodriguez

— and media coverage of the case. And he said the district attorney was throwing blame at his department to distract from Guerra's own transgression — affording Longoria special treatment.

"It's somebody that knows somebody," the police chief said. "He made a decision based on that. And when caught in the public discussion of that, he's trying to shift the blame."

Guerra said McAllen police only provided prosecutors with a single four-minute video recorded at the police station that did not show Longoria visibly intoxicated, and did not include in the case file the more incriminating dash cam video that showed her stumbling during a field sobriety test. While accepting his office had oversight over the prosecution, Guerra

said he assumed the initial file McAllen police sent his prosecutors contained all the evidence.

"What the hell good is it to have it at the PD, when I need it at the courthouse?" he said. "Did I arrest the lady? Then it's not my responsibility. I assumed that the police departments were sending us all the video. And I find out that in McAllen, because it takes (information technology workers) to get you the download that we have to request it. Well, let me tell you what: I'm not going to do that.

"I have a strong disagreement with Rodriguez," Guerra continued. "Rodriguez thinks that it is my job to go through his police department looking for evidence of recrimination of any defendant he arrests. I'm sorry, but that's not my job."

But Rodriguez said the same process results in hundreds of other DWI prosecutions every year, and Guerra's cries of a bungled investigation were meant to obscure the truth.

"He's trying to pull you down a pathway that is a stupid pathway," Rodriguez said. "The question is this: If we have hundreds, perhaps thousands, of people serving DWI sentences in Hidalgo County — which we've used the same system we've used in this case — how come it has worked for them and not for this case? It's a smoke cloud that's being thrown in front of you in the press, and you guys can't seem to figure it out.

"The suggestion by going down this path is that something was different this time. There's no change in processes," he added. "We do

hundreds of DWIs a year. The unfair part of this is that the system worked to prosecute them somehow didn't work for this case."

If prosecutors had access to that evidence though, the result would likely have been similar.

"Had I seen the other video and assessed the video and where the video was taken, in the bigger scheme, then I would've put her in a pre-trial diversion program," Guerra said. "Like I do with a



My monitor news.com

Justice Longoria fails sobriety test.

Read the probable cause affidavit.

lot of young folks and professionals that are worthy of the consideration. I've had hundreds of people on pre-trial diversion."

DA-elect Ricardo Rodriguez, who will be sworn in Jan. 1, said while he would have handled the case differently, he also would've probably recommended pre-trial diversion.

"I would have made sure that regardless what person it was, whether it was a judge or a lay person or just a civil person from the community, I think it's important that we have communication with law enforcement to make sure that prosecutors have all the evidence," he said. "While deciding who should receive pre-trial diversion is subjective, Ricardo Rodriguez and Guerra

See LONGORIA | 7A

---

# LONGORIA

From Page 6A

agreed Longoria would have qualified based on her lack of a criminal history and steady employment.

"The public wants her to be treated just like everybody else," Ricardo Rodriguez said. "That's the way I would've treated everybody else."

During last spring's campaign for district attorney, Ricardo Rodriguez and his allies accused Guerra of prosecuting selectively, sometimes based on political calculations.

He declined to make that accusation Tuesday.

"That campaign is over," he said.

But Victor Rodriguez wasn't as shy.

"How many other VIPs have gotten the special treatment?" he asked. "Have you done that research? Is this a surprise to you?"

Through a plea agreement with the DA's Office, Longoria is on the hook for $500 for her attorney, state Sen. Juan "Chuy" Hinojosa, D-McAllen, said he wasn't entirely certain what happened to Longoria's license, but assumed it was suspended.

"I don't know for sure, but any persons, regardless of who you are, if you refuse to take a Breathalyzer, your driver's license will be suspended," he said.

The coverage the case has received in local media could be more taxing on Longoria than the pre-trial diversion program she likely would have received had the case not been dismissed, Guerra said.

"If you look at what she's going through right now, how many, ordinary, drunk drivers do you all cover?" he said. "If it doesn't involve an accident, if it doesn't involve a hit-and-run, where another offense is committed, the media is not going to cover an ordinary DWI."

Longoria, as she has done since her case was dismissed last month — did not return phone calls Tuesday.

Exhibit 23

# Task force to combat S. Texas public corruption

DEC. 22 2014

**BY JUAN A. LOZANO**
THE ASSOCIATED PRESS

HOUSTON — The FBI and Texas Rangers are leading a new task force created in the wake of public corruption cases in South Texas that brought down a sheriff, a judge, a district attorney and other elected officials.

The unit was formed earlier this month to specifically combat public corruption in the Rio Grande Valley and serve as a long-term tool to restore the public's trust, said Rock Stone, an FBI supervisory special agent.

"With every case that leads to an arrest, the public (will be) pleased that someone is finally doing something about it," said Stone, who leads the unit based in McAllen.

Stone said each of the FBI's 56 field offices investigates public corruption, but an "inordinate amount" of such cases in the Valley the last couple years necessitated the extra resources.

See **CORRUPTION** | **7A**

---

# Former jail warden arrested

## Charges stem from bribery probe targeting Rep. Canales, who denies involvement

**BY JARED TAYLOR AND JACOB FISCHLER**
STAFF WRITERS

JAN. 21, 2015

McALLEN — Federal agents arrested a former East Hidalgo Detention Center warden who they say had ties to a bond reduction scheme involving convicted former Hidalgo County Justice of the Peace Ismael "Melo" Ochoa.

Homeland Security Investigations agents arrested Elberto Esiquiel Bravo on Friday, as part of an investigation that claims he was an accessory after the fact in a bond reduction scheme involving Ochoa and defense attorney Terry Canales, a Democratic state representative from Edinburg, federal authorities said Tuesday.

Canales last week said he was the defense attorney for Luis Martinez-Gallegos, who was named in the criminal complaint against Sylvia San Juanita Vasquez, as a defendant who had his $2.5 million bond reduced to $50,000, which allowed him to be released from the Hidalgo County Jail and deported to Mexico, allowing him to escape prosecution in the United States.



**Bravo**



Read the criminal complaint

See **ARRESTED** | **7A**

---

# Authorities spar over judge's DWI prosecution

## District attorney, McAllen PD chief at odds over Longoria case

**BY JACOB FISCHLER**
STAFF WRITER

EDINBURG — While a state appeals court judge avoided prosecution after a drunken driving arrest this summer, the incident did not come without consequences.

And the fallout includes a war of words between two criminal justice colleagues.

See **LONGORIA** | **6A**



**Courtesy photo**
Justice Nora Longoria is seen during her booking at the McAllen police station in this image from video.

**General Docket**

**United States Court of Appeals for the 5th Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-50061 | **Docketed:** 01/23/2014 |
| **Nature of Suit:** 3550 Prisoner – Civil Rights | **Termed:** 10/29/2014 |
| Reynaldo Flores v. San Antonio Police Department, et al | |
| **Appeal From:** Western District of Texas, San Antonio | |
| **Fee Status:** IFP pending 5CCA | |

**Case Type Information:**
  1) Prisoner w/ out Counsel
  2) State
  3) Civil Rights

**Originating Court Information:**
  **District:** 0542-5 : 5:13-CV-2
  **Originating Judge:** Samuel Fred Biery, Jr., Chief Judge
  **Date Filed:** 01/02/2013
  **Date NOA Filed:**          **Date Rec'd COA:**
  01/17/2014               01/17/2014

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**     Not available

REYNALDO FLORES (State Prisoner: #1912036, #961543, W-02T)

        Plaintiff – Appellant

v.

SAN ANTONIO POLICE DEPARTMENT
        Defendant – Appellee

BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
        Defendant – Appellee

BEXAR COUNTY ADULT DETENTION CENTER
        Defendant – Appellee

Reynaldo Flores
[NTC Pro Se]
CID Cotulla Transfer Facility
610 FM 624
Cotulla, TX 78014-0000

| 01/23/2014 | PRISONER CASE WITHOUT COUNSEL docketed. NOA filed by Appellant Mr. Reynaldo Flores [14–50061] (NFD) |
| 01/29/2014 | INITIAL CASE CHECK by Attorney Advisor complete, Action: Review after Fee Issue is Resolved (PLRA case). [7555830–2] Initial AA Check Due satisfied.. Awaiting District Court Action deadline due on 02/28/2014. (Motion for IFP pending in d ct) [14–50061] (NFD) |
| 02/06/2014 | DOCUMENT RECEIVED – NO ACTION TAKEN. No action will be taken at this time on the motion for preparation and designation of the record because it is premature as the appeal is under initial jurisdicational review. [14–50061] (TMR) |
| 03/15/2014 | DISTRICT COURT NOTICE – IFP pending for Appellant Mr. Reynaldo Flores. Awaiting District Court Action deadline updated to 03/28/2014 [14–50061] (MCS) |
| 04/21/2014 | DISTRICT COURT NOTICE – IFP pending for Appellant Mr. Reynaldo Flores. Awaiting District Court Action deadline updated to 04/28/2014 [14–50061] (MCS) |
| 05/06/2014 | DISTRICT COURT ORDER of 05/01/2014 denying IFP for Appellant Mr. Reynaldo Flores because appeal is not taken in good faith – fee assessment required – BAUGH case. Awaiting District Court Action deadline satisfied. Fee due on 06/05/2014 for Appellant Reynaldo Flores [14–50061] (MCS) |
| 05/13/2014 | DISTRICT COURT ORDER of 05/12/2014 denying IFP for Appellant Mr. Reynaldo Flores because appeal is not taken in good faith – fee assessed – BAUGH case. [14–50061] (MCS) |
| 05/23/2014 | MOTION filed by Appellant Mr. Reynaldo Flores to proceed in forma pauperis in accordance with the Prison Litigation Reform Act (PLRA) [7643319–2] Fee deadline canceled. [14–50061] (TMR) |
| 05/23/2014 | BRIEF IN SUPPORT filed by Appellant Mr. Reynaldo Flores in support of motion to proceed IFP in accordance with PLRA [7643319–2]. [7643321–1] [14–50061] (Incorporated in IFP motion) (TMR) |
| 06/04/2014 | DOCUMENT RECEIVED – NO ACTION TAKEN. No action will be taken at this time on the letter regarding the IFP motion received from Appellant Mr. Reynaldo Flores because the court is still undergoing initial jurisdictional review. [14–50061] (TMR) |
| 06/06/2014 | DOCUMENT RECEIVED – NO ACTION TAKEN. No action will be taken at this time on the letter of 6/3/14 received from Appellant Mr. Reynaldo Flores because the appeal is undergoing initial jurisdictional review. [14–50061] (TMR) |
| 06/18/2014 | DOCUMENT RECEIVED – NO ACTION TAKEN. No action will be taken at this time on the letter of 6/13/14 received from Appellant Mr. Reynaldo Flores because we are unable to determine the relief appellant is seeking. All correspondence to the court should be in English. [14–50061] (MRW) |
| 07/21/2014 | DOCUMENT RECEIVED – NO ACTION TAKEN. No action will be taken at this time on the emergency motion received from Appellant Mr. Reynaldo Flores because the appeal is undergoing initial jurisdictional review. [14–50061] (TMR) |
| 10/13/2014 | AFFIDAVIT OF FINANCIAL STATUS filed by Appellant Mr. Reynaldo Flores in support of the motion to proceed IFP in accordance with PLRA filed by Appellant Mr. Reynaldo Flores in 14–50061 [7643319–2]. [14–50061] (ADB) |
| 10/29/2014 | COURT ORDER dismissing appeal for lack of jurisdiction [7763850–2]; denying as moot the motion to proceed IFP in accordance with PLRA filed by Appellant Mr. Reynaldo Flores. (IN DETAIL) [7643319–2]. Judge: CH , Judge: JEG , Judge: SAH [14–50061] (NFD) |
| 11/12/2014 | "Objection to Mandate,etc" Treated as a MOTION filed by Appellant Mr. Reynaldo Flores for reconsideration of the 10/29/2014 court order to dismiss appeal for lack of jurisdiction [7763850–2], denying motion to proceed IFP in accordance with PLRA filed by Appellant Mr. Reynaldo Flores in 14–50061 [7643319–2] [7784830–2]. Date of service: 11/07/2014 [14–50061] (NFD) |

| | | |
|---|---|---|
| 11/28/2014 | ▤ | Motion to Amend Judgment TREATED as a MEMO IN SUPPORT of motion for reconsideration [7784830-2] filed by Appellant Mr. Reynaldo Flores. [14-50061] (SEP) |
| 11/28/2014 | ▤ | DOCUMENT RECEIVED - NO ACTION TAKEN. No action will be taken at this time on the "manifesto" received from Appellant Mr. Reynaldo Flores because the case is dismissed. A motion for reconsideration is currently pending with the court. Additionally, the motion to amend judgment has been filed as a memo in support of the motion for reconsideration and forwarded to the panel. [14-50061] (SEP) |
| 12/10/2014 | ▤ | COURT ORDER denying motion for reconsideration filed by Appellant Mr. Reynaldo Flores. (IN DETAIL) [7784830-2] Judge(s): CH, JEG and SAH. [14-50061] (NFD) |

# 10 dead after prison bus skids off highway, hits train

**BY BETSY BLANEY AND DAVID WARREN**
THE ASSOCIATED PRESS

ODESSA — A prison bus skidded off an icy Texas highway, slid down an embankment and collided with a passing freight train Wednesday, killing eight inmates and two corrections officers, including the bus driver, authorities said.

The overpass on Interstate 20 was slick with ice Wednesday morning when the Texas Department of Criminal Justice bus left the roadway in Penwell, just west of Odessa, according to Ector County Sheriff Mark Donaldson.

See **BUS | 4A**



**Mark Sterkel | Odessa American**
Authorities investigate the scene of a prison bus crash Wednesday in Penwell, Texas.

**TODAY'S WEATHER | 2A**
Low clouds may break.
**HIGH 53** **LOW 41**



An AIM Media Texas Newspaper.
Vol. 106,
No. 172
26 Pages,
4 Sections

6 38091 00004 5

## BUS
From Page 1A

The prisoners, who did not have seat belts, were handcuffed together in pairs, officials said. Some of them were ejected from the bus after it struck the train, said Trooper Elizabeth Barney of the Texas Department of Public Safety.

An earlier accident on the I-20 overpass may have contributed to the prison bus losing control, Donaldson said.

"It's as bad as you can imagine," Odessa Fire and Rescue Battalion Chief Kalvin Tinney told the *Odessa American* newspaper. "In 32 years, it's as bad as anything I've seen."

The Texas Department of Criminal Justice confirmed the 10 deaths in a statement, adding that four prisoners and one corrections officer were also injured.

Jason Clark, a Department of Criminal Justice spokesman, said the bus was new and had been placed in service only this past summer. It was taking the inmates from the Middleton prison in Abilene to the Sanchez prison in El Paso, which is about 250 miles west of where the accident happened.

The prisoners did not have any leg restraints, said Jason Heaton, agency director for the region. Only the driver's seat had a seat belt, he said. Like many buses, the vehicle did not have seat belts on the bench-type seats where the prisoners were seated.

After the collision, around 7:30 a.m., the white bus came to rest on its side, next to the railroad tracks, crumpled with heavy damage to its front and undercarriage. The top of the bus was caved inward.

The Union Pacific freight train with four locomotives and 58 cars came to a stop soon after. None of the cars derailed, but two containers at the rear of the train were damaged, said Mark Davis, a railroad spokesman.

The containers were carrying hundreds of parcels and packages, many of which were strewn along the tracks.

No Union Pacific employees were injured.

A prison system statement identified the dead as correctional officers Christopher Davis, 53, and Eligio Garcia, 45; and inmates Byron Wilson, 34; Tyler Townsend, 29; Jesus Reyna, 44; Kaleb Wise, 22; Adolfo Ruiz, 32; Michael Sewart, 25; Angel Vasquez, 31; and Jeremiah Rodriguez, 35.

The statement did not say which officer was driving the bus. Davis had more than 17 years of service with the Department of Criminal Justice, and Garcia had nearly 23 years of service. The inmates were serving sentences that ranged from one year for labeling unauthorized recordings to 20 years for drug possession with intent to distribute, according to online prison records.


monitor news.com
Raw video footage from the crash site